
# JASPAN SCHLESINGER
##### Attorneys at Law LLP

Since 1946

Frank C. Dell'Amore
Associate
516.393.8289
Fdellamore@jaspanllp.com

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516.746.8000 • FAX 516.393.8282
www.jaspanllp.com

**DELAWARE OFFICE**
913 North Market Street
Wilmington, DE 19801
Telephone 302.351.8000
Fax 302.351.8010

June 15, 2010

**Via Facsimilie (347) 394-1865 and ECF**
Sheree Jackson
Courtroom Deputy for
The Honorable Elizabeth S. Stong
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

    Re:    **In re: Commack Investor Group, Inc.**
             **Chapter 11 Case No.: 10-43760 (ESS)**

Dear Ms. Jackson:

    This firm represents the secured creditor, Rossrock Fund II LP ("Rossrock"), with regard to the above-referenced case.

    This letter serves as a formal request to appear telephonically at the status conference, currently scheduled on June 18, 2010 at 11:00 a.m.

    Thank you for your courtesies in this matter.

                              Respectfully submitted,

                              /s/ Frank C. Dell'Amore
                              Frank C. Dell'Amore

KNF/D709256v1/M055721/C0149070